UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:

Osmani Carvajal                                    Case No.   13-20428-RAM

                                                                                         Chapter 7

_____/

**NOTICE OF WITHDRAWAL OF EX PARTE MOTION FOR
SALE OF PROPERTY ESTATE'S INTEREST IN REAL PROPERTY
UNDER 11 USC SECTION 363 B (DE # 21)**
(Cancels hearing scheduled for 09/12/2013 at 10:30 a.m.)

     **PLEASE TAKE NOTICE** that Maria M. Yip, Trustee hereby files this Notice of Withdraw Document *Ex Parte* Motion for Sale of Property Estate's Interest in Real Property Under 11 USC Section 363 b (D.E #: 21).

Dated:  August 19, 2013

                                                   Signed:  ____/s/ Maria M. Yip, Trustee____
                                                                     Maria M. Yip, Trustee
                                                                     201 Alhambra Circle, Suite 501
                                                                     Coral Gables, FL 33134
                                                                     Telephone:  305-908-1862
                                                                     Facsimile:   786-800-3903
                                                                     trustee@yipcpa.com